MARK G. HENNESS, ESQ.
Nevada Bar No. 5842
HENNESS & HAIGHT
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
(702) 862-8200 Telephone
(702) 862-8204 Facsimile
mark@hennessandhaight.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ARACELY MUNIZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA;<br><br>　　　　Defendants. | **COMPLAINT**<br>**(FEDERAL TORT CLAIMS ACT)**<br><br>Case No. |

## INTRODUCTION

COMES NOW Plaintiff, ARACELY MUNIZ, by and through her attorney, MARK G. HENNESS, ESQ., of HENNESS & HAIGHT, who is duly authorized to and admitted to practice in the Federal Court of the Southern District of Nevada, and for her causes of action against Defendant, said causes of action for damages are at all times relevant herein as hereinafter alleged in this Complaint are based upon the negligent or wrongful acts or omissions of a Federal Employee within the purview of the "Federal Tort Claims", to wit, MICHAEL THOMAS BUTCH, who at all times mentioned herein was an employee of the United Postal Service and of the United States Government and at the time of the incident on July 5, 2016, was acting within the course and scope of his office or employment as an employee of the United Postal Service and of the United States Government.

///

1

Case 2:18-cv-00607-APG-NJK   Document 1   Filed 04/04/18   Page 2 of 5

## JURISDICTION AND VENUE

1. This Federal District Court has jurisdiction over this Complaint under the Federal Tort Claims Act of August 2, 1946, 60 Stat 843; 28 U.S.C. §§ 1346(b), 2671 et seq. The basis of this Complaint is predicated on a motor vehicle accident occurring on July 5, 2016. Federal jurisdiction and venue in the District of Nevada is appropriate because the accident, forming the basis of this Complaint and all counts and causes of action and money damages herein, occurred within this District and both the Plaintiff and United Postal Service and United States Government employee, MICHAEL THOMAS BUTCH, reside within this District and he was acting in the course and scope of his duties, orders, obligations, office and/or employment as an employee of the United Postal Service and of the United States Government as alleged herein and as such, the Defendant is legally and/or negligently responsible for the injuries and money damages as alleged in this Complaint which are alleged to have been caused by the wrongful acts and /or omissions, and/or negligence of the Defendant.

2. The Plaintiff, ARACELY MUNIZ ("Plaintiff"), brings this cause of action against the Defendant, the UNITED STATES GOVERNMENT, for damages arising out this action which is based on the Federal Tort Claims Act of August 2, 1946, 28 U.S.C. §1346(b), 2671 et seq., and by this reference said federal statutes are incorporated herein and through set forth in full.

3. Plaintiff properly presented her administrative claim to the appropriate federal agency of the UNITED STATES POSTAL SERVICE and the Defendant, UNITED STATES GOVERNMENT, in compliance with Federal Law, for money damages for personal injuries Plaintiff sustained as a proximate result of the accident as herein described and for which this action is commenced.

2

4. The Plaintiff's claim was formally denied by the appropriate federal agency through a response from ROSA M. JORDAN, Accounting Specialist, Sr. of the United States Postal Service, denying her claim alleging negligence under the provisions of the Federal Tort Claims Act, 28 U.S.C. §1346(b), 2671-2680.

## CAUSE OF ACTION

5. Despite the Certification of Scope and Employment by the true and lawful legal representative of the United States of America regarding the status of MICHAEL THOMAS BUTCH, regarding the date and incident of which this complaint arises from, Plaintiff's administrative claim, filed with the United States Postal Service was subsequently denied. This Complaint follows therefrom, and timely filed in compliance with Federal Law and the Federal Torts Claim Act referred to herein, alleges as follows:

6. That at all times relevant to these proceedings, Plaintiff, ARACELY MUNIZ ("Plaintiff"), was a resident of the County of Clark, State of Nevada.

7. Plaintiff is informed, believes and thereon alleges that at all times relevant to these proceedings, MICHAEL THOMAS BUTCH, was and is a resident of the County of Clark, State of Nevada.

8. At all times mentioned herein, MICHAEL THOMAS BUTCH was an employee of each and every other prior employee, and who acting within the course and scope of his employment.

9. That on or about July 5, 2016, in Clark County, Nevada, Plaintiff was operating a 2016 Hyundai Elantra and was traveling northbound on Bedford Road.

10. At said time and place, MICHAEL THOMAS BUTCH, was the employee of the Defendant United States Government, and acting within the course and scope of said employment,

was operating a 1992 GMC marked United States Postal Service Vehicle, entered the northbound travel lane of Bedford Road after having been in a parked position at the curb delivering mail.

11. At said date and time, MICHAEL THOMAS BUTCH, so negligently, carelessly and recklessly failed to yield the right-of-way to Plaintiff's vehicle, when MICHAEL THOMAS BUTCH entered the northbound travel lane of Bedford Road, colliding with the passenger's side of Plaintiff's vehicle, thereby causing Plaintiff to sustain serious injuries and damages.

12. That since MICHAEL THOMAS BUTCH's actions were the proximate cause of the accident involving the Plaintiff, and when he caused the accident, he was acting within the course and scope of his duties as an employee of the United States of America, the United States of America is responsible for the injuries sustained by Plaintiff.

13. That as a direct and proximate result of the negligence, carelessness and recklessness of the Defendant, and its employee, Plaintiff suffered injuries to her neck, shoulders and back, among others, all or some of which conditions may be permanent or disabling in nature, causing general damage in an amount to be determined at trial, but which exceeds $10,000.

14. That as a further and direct proximate cause of the negligence of Defendant, and its employee, Plaintiff has suffered and continues to suffer a significant deterioration in Plaintiff's enjoyment of life and lifestyle;

15. That Plaintiff has had to retain the services of an attorney to prosecute this action and is entitled to reasonable attorneys' fees and costs of suit incurred herein.

WHEREFORE, Plaintiff, expressly reserving the right to amend her Complaint at the time of trial of the actions herein to include all items of damages not yet ascertained, and based

on Federal Tort Claims Act of August 2, 1946, 60 Stat 843; 28 U.S.C. §§ 1346(b), 2671 et seq., demands judgment against Defendant UNITED STATES OF AMERICA as follows:

1. General damages in an amount in excess of $10,000;

2. Damages for costs of medical care and treatment and costs incidental therein, when the same have been fully ascertained;

3. For reasonable attorneys' fees and costs of suit incurred herein; and,

4. For such other and further relief as the Court may deem proper.

DATED this 4th day of April, 2018.

HENNESS & HAIGHT

_____
MARK D. HENNESS, ESQ.
Nevada Bar No. 5842
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorney for Plaintiff*